

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00296-CV

———————————————

IN RE H.C., Relator

---

Original Proceeding
442nd District Court of Denton County, Texas
Trial Court No. 16-01206-442

---

Before Bassel, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion to stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion to stay are denied.

Per Curiam

Delivered:  June 27, 2025